IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ACTIVE SPINE PHYSICAL THERAPY, LLC,

Plaintiff,

vs.

XAVIER BECERRA, Secretary of Health and Human Services;

Defendant.

8:26CV227

**MEMORANDUM AND ORDER**

This matter is before the Court on its own motion. Plaintiff Active Spine Physical Therapy, LLC, ("Plaintiff") filed a Complaint, Filing No. 1, on May 18, 2026, by and through its owner, Nicholas C. Muchowicz ("Muchowicz"). Muchowicz also signed the Complaint for Plaintiff. Filing No. 1 at 4. Muchowicz is not an attorney. Upon review, this matter may not proceed further until Plaintiff corrects the following deficiencies.

First, Plaintiff failed to include the $405.00 filing and administrative fees. Plaintiff's case cannot proceed without payment of the Court's fees as Plaintiff, a corporate entity, cannot proceed in forma pauperis or without payment of the filing fees. *See Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194 (1993) (statute authorizing civil litigants to proceed in forma pauperis, 28 U.S.C. § 1915, applies only to a natural person, not artificial entities). Plaintiff shall have 30 days from the date of this order to pay the Court's $405.00 filing and administrative fees, and failure to do so will result in the Court dismissing this case without further notice to Plaintiff.

Second, it is well settled that corporations, partnerships, or other legally construed associations or entities may not appear in federal court other than through a licensed attorney. *Rowland,* 506 U.S. at 202. Plaintiff is a Nebraska limited liability company, and Muchowicz cannot represent Plaintiff in this Court as he is not a licensed attorney. *See id.* As such, Plaintiff must obtain legal counsel to proceed, and this Court cannot appoint counsel for Plaintiff. *See Welch v. Wright,* No. 4:23CV3128, 2023 WL 5487111, at *2 (D. Neb. Aug. 24, 2023) (denying motion to appoint counsel for an LLC with prejudice as "this Court cannot appoint counsel for [an LLC]").

IT IS THEREFORE ORDERED that:

1. Plaintiff shall have until **June 22, 2026**, to submit the $405.00 fees to the Clerk's office and to obtain the services of counsel and have that attorney file an appearance in this case. Failure to do so will result in dismissal of this matter without further notice.

2. The Clerk of the Court is directed to set a pro se case management deadline in this matter with the following text: **June 22, 2026**: deadline to pay fees and obtain counsel.

Dated this 20th day of May, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge

2